**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **MARGARITA GONZALEZ** | : | |
| *Plaintiff* | : | **CIVIL ACTION NO.** |
| | | **HHB-CV16-6034791-S** |
| **VS.** | : | |
| **LYMAN PRODUCTS CORPORATION** | : | |
| | : | |
| *Defendant* | : | **SEPTEMBER 13, 2016** |

**NOTICE OF REMOVAL**

      TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT Defendant, Lyman Products Corporation, by their undersigned counsel, pursuant to 28 U.S.C. Sections 1331, 1332, 1441 and 1446, file this Notice of Removal. Specifically, they respectfully state as follows:

      1.     An action was made returnable on September 27, 2016 to the Superior Court for the Judicial District of New Britain at New Britain entitled "Margarita Gonzalez v. Lyman Products Corporation" by service on August 30, 2016 of a Summons and Complaint (of which true and correct copies are attached hereto as Exhibit A) by in-hand service on Defendant's, Lyman Products Corporation, registered agent of service. This action was returned to Court on September 8, 2016 and assigned docket number HHB-CV16-6034791-S. No further proceedings have been held herein.

2. This is an action in tort for employment discrimination allegedly sustained by plaintiff over which this Court has jurisdiction by reason that she raises Federal questions of law and the violation of a Federal Statute.

3. The plaintiff, in her Complaint dated August 25, 2016, alleges in Count Three that the defendant violated the rights secured to the plaintiff by the provisions of the Family Medical Leave Act of 1990, as amended 29 U.S.C. §2612, et seq. and that she has suffered damages due to the violation of this Federal Statute .

4. This Notice of Removal is being filed within 30 days after the Defendant's receipt of the Plaintiff's Summons, Complaint, and Statement of Amount in Demand and, therefore, is timely filed under 28 U.S.C. §1446(b).

5. Defendant, Lyman Products Corporation, will give written notice of the filing of this Notice of Removal, and will provide a copy of this Notice of Removal to the Clerk of the New Britain Superior Court, as required by 28 U.S.C. §1446(b).

THE DEFENDANT

BY *[signature: Jill Hallihan]*
Jill P. Hallihan (ct24356)
Musco & Iassogna
555 Long Wharf Drive
New Haven, Connecticut 06511
Tel: (203) 782-4122
Fax: (203) 782-4128
E-Mail: jhallihan@bfarrelllaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via U.S. mail, postage prepaid or electronically delivered on the 13th day of September, 2016.

Civil Clerk
Superior Court
20 Franklin Square
New Britain, CT 06051

Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114

*[signature: Jill Hallihan]*
Jill P. Hallihan